JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EMMANUEL ALEXANDER
ESTEVEZ,

      Petitioner,

  v.

D. MARIN et al.,

      Respondents.

Case No. 5:26-cv-02820-SB-DMK

FINAL JUDGMENT

For the reasons stated in the separate order entered this date, Petitioner Emmanuel Alexander Estevez's petition for writ of habeas corpus is denied.

This is a final judgment.

Date: June 22, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1